IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:94-CR-00015-BO-8
No. 2:16-CV-46-BO

JULE LEE BAZEMORE, )
)
    Petitioner, )
) <u>ORDER</u>
v. )
)
UNITED STATES OF AMERICA, )
)
    Respondent. )

For good cause having been shown upon the unopposed motion of Respondent to lift the stay entered on August 2, 2016, it is hereby ORDERED that the stay at Docket Entry 581 is LIFTED.

This **30** day of **June**, 2017.

_____
TERRENCE W. BOYLE
United States District Judge