IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:94-CR-15-BO
No. 2:16-CV-00046-BO

| | |
|---|---|
| JULE LEE BAZEMORE, | ) |
| Petitioner, | ) ) ) |
| v. | ) ORDER ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) ) |

For good cause having been shown upon the unopposed motion of Respondent to lift the previously entered stay in this matter, it is hereby ORDERED that the stay entered on September 4, 2017, is hereby LIFTED.

This __27__ day of __March__, 2018.

_Terrence Boyle_
TERRENCE W. BOYLE
United States District Judge