UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jule Lee Bazemore**                                    Docket No. 2:94-CR-15-8BO

**Petition for Action on Supervised Release**

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jule Lee Bazemore, who, upon an earlier plea of guilty to Conspiracy to Possess With Intent to Distribute and Distribution of Cocaine Base and Cocaine, in violation of 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, Chief United States District Judge, on August 18, 1995, to the custody of the Bureau of Prisons for a term of 262 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. On August 29, 2019, upon the granting of Bazemore's motion pursuant to 18 U.S.C. § 3582(c)(1)(B) and Section 404 of the First Step Act of 2018, the term of imprisonment was reduced to Time Served, and the term of supervised release was reduced to 4 years. Bazemore was released from the Bureau of Prisons on September 6, 2019, at which time his term of supervised release commenced.

On September 4, 2019, prior to the defendant's release from imprisonment, a Petition for Action was submitted to the court advising that Bazemore would be homeless upon his release from imprisonment inasmuch as efforts to secure housing for him with family members were unsuccessful. The court was also informed that as an alternate method of assisting the defendant with securing housing and readjusting to society, the undersigned probation officer was exploring placement for the defendant at a residential reentry center (RRC). As such, it was recommended that Bazemore be ordered to undergo placement at an RRC for a period of 180 days in the event RRC placement was secured. The court concurred with the recommendation on September 4, 2019. Note: Bazemore was admitted into an RRC in Norfolk, Virginia, on September 7, 2019.

On September 26, 2019, a Petition for Action was submitted to the court recommending that Bazemore's supervised release conditions be modified to include mental health treatment due to the defendant's prior mental health diagnoses and the symptoms of mental illness he exhibited during his placement in the RRC. The court concurred with the recommendation on September 26, 2019.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

As noted above, on September 4, 2019, the court granted the Petition for Action allowing the defendant to undergo placement at an RRC for a period of 180 days to assist Bazemore with securing housing and readjusting to society. The defendant was admitted into an RRC in Norfolk on September 7, 2019. According to Bazemore's RRC case manager, she is currently assisting Bazemore with receiving disability benefits which will assist him with housing and medical care. She also advised that the disability claim process could last up to 90 days. Additionally, it is noted that the U.S. Probation Office in the Eastern District of Virginia, who is providing courtesy supervision of Bazemore, is assisting the defendant with securing housing.

Inasmuch as Bazemore's RRC placement is scheduled to expire on March 5, 2020, and he has no other viable housing options, it is respectfully recommended that the defendant be allowed to remain at the RRC for up to an additional 180 days. The defendant signed a Waiver agreeing to the proposed modification of supervision.

Jule Lee Bazemore
Docket No. 2:94-CR-15-8BO
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of up to an additional 180 days as arranged by the probation office and shall abide by the conditions of that program during said placement.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

/s/ Lakesha H. Wright
Lakesha H. Wright
U.S. Probation Officer
306 East Main Street, Room 306
Elizabeth City, NC 27909-7909
Phone: 252-335-5508
Executed On: February 14, 2020

## ORDER OF THE COURT

Considered and ordered this __17__ day of __February__, 2020, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
Chief United States District Judge